583 A.2d 341
STATE OF NEW JERSEY v. STEVEN DRAKE.

March 20, 1990.

Petition for certification denied.

583 A.2d 342
STATE OF NEW JERSEY v. CHARLES JACKSON.

March 20, 1990.

Petition for certification denied.

583 A.2d 342
STATE OF NEW JERSEY v. DARRYL BRODIE.

March 20, 1990.

Petition for certification denied.

583 A.2d 342
STATE OF NEW JERSEY v. RONALD MOYNIHAN.

March 20, 1990.

Petition for certification denied.

583 A.2d 342
STATE OF NEW JERSEY v. RAYMOND HOCUTT.

March 20, 1990.

Petition for certification denied.